**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MALACHAI DEBRUCE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,

Defendants.

C.A. No. 26-637-JLH-SRF

# ORDER

At Wilmington, this 16th day of November, 2026;

WHEREAS, Magistrate Judge Fallon issued a Report & Recommendation on October 21, 2026 (D.I. 10, the "R&R"), recommending that certain claims asserted in Plaintiff's Complaint (D.I. 2) be dismissed per 28 U.S.C. § 1915(e)(2)(B)(ii) and that certain claims be allowed to proceed;

WHEREAS, no party filed objections to the R&R pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that

1. The R&R (D.I. 10) is ADOPTED.
2. A service order will issue with respect to Plaintiff's claims under the Fair Credit Reporting Act at Counts I to III of the FAC.
3. Plaintiff's state law claims at Counts IV and V of the FAC are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).
4. Any amended complaint shall be filed on or before December 7, 2026.

Dated: November 16, 2026

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE